**James C. Mahan
U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON FREDERICK MARSHALL,<br><br>Defendant. | 2:11-CV-239 JCM (CWH) |

**ORDER**

Presently before the court is the request by Warden L.R. Thomas for a 15-day extension to complete psychological or psychiatric testing and examination on defendant Jason Frederick Marshall. Warden Thomas asserts that the 15-day extension is "necessary to develop a history, diagnosis, and opinion." Warden Thomas asks for this extension pursuant to 18 U.S.C. § 4247(b).

On July 15, 2011, the court ordered Marshall to be examined in a suitable federal medical facility. (Doc. #15). The order permitted Marshall to be held at the facility for a "reasonable period of time, not to exceed forty-five (45) days, unless extended by further order of the court upon showing of good cause by the [d]irector of the . . . facility . . . ." (Doc. #15) (citing 18 U.S.C. § 4247(b)). Marshall arrived at the Metropolitan Detention Center (MDC) in Los Angeles, Calfornia on August 26, 2011.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Warden's request for

1  a 15-day extension to complete psychological or psychiatric testing on defendant Jason Frederick
2  Marshall be, and the same hereby is, GRANTED.
3      IT IS FURTHER ORDERED that the total commitment period of sixty (60) days shall run
4  from the date of Marshall's arrival at MDC, August 26, 2011.
5      DATED September 22, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -