UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:11-cr-239-JCM-CWH |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JASON FREDERICK MARSHALL | |
| Defendant. | |

Presently before the court is the matter of U.S. v. Jason Frederick Marshal_____.

On  December 20, 2012 , this court held a hearing for ~~revocation of supervised release~~ sentencing as to defendant JASON FREDERICK MARSHALL. The Government and the U. S. Probation department request that the defendant reside at and participate in the program of the residential re-entry center for a period for a period of up to four months as approved and directed by the probation officer.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant JASON FREDERICK MARSHALL reside at and participate in the program of the residential re-entry center for a period for a period of up to four months as approved and directed by the probation officer.

DATED: Dec. 20, 2012.

_____
UNITED STATES DISTRICT JUDGE